IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LISA RENEE YANCEY,<br><br>Plaintiff,<br><br>vs.<br><br>DIVISION OF CHILD AND FAMILY SERVICES, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 2:08-CV-698 |

Before the Court is the Report and Recommendation issued in this case by Magistrate Judge Paul M. Warner on June 9, 2009. The Report and Recommendation recommends that the Court deny plaintiff's motions for appointment of counsel and service of process and dismiss the plaintiff's complaint in its entirety. The parties were notified of their right to object to the Report and Recommendation within 10 days after receiving it. The plaintiff objected on July 2, 2009, and restated the arguments addressed within the Report and Recommendation.

Having considered the relevant materials and the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation in full and ORDERS as follows:

(1)   Plaintiff's motion for appointment of counsel is DENIED.

(2)     Plaintiff's complaint is DISMISSED for failure to state any claims upon which relief can be granted.

(3)     Plaintiff's motion for service of process is DENIED.

IT IS SO ORDERED.

Dated this 24th day of August, 2009.

_____
Dee Benson
United States District Judge